THE STATE OF OHIO, APPELLEE, *v.* MAY, APPELLANT.

[Cite as *State v. May,* 105 Ohio St.3d 131, 2005-Ohio-789.]

(Nos. 2004–0240 and 2004–0372—Submitted February 16, 2005—Decided March 16, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. White,* 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Thomas L. Sartini, Ashtabula County Prosecuting Attorney, and Angela M. Scott, Assistant Prosecuting Attorney, for appellee.

Ashtabula County Public Defender, Inc. and Joseph A. Humpolick, for appellant.